IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL ACTION NO. 1:07cr104WJG-1

WALLACE HAYNES III


<u>ORDER DENYING MOTION FOR SENTENCE REDUCTION</u>


THIS MATTER is before the Court on the motion [21] of Defendant Wallace Haynes III

for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based upon recent amendments to the

sentencing guidelines applicable to offenses involving cocaine base, and the subsequent decision

by the United States Sentencing Commission to make this amendment retroactive, pursuant to

United States Sentencing Guideline section 1B1.10 effective March 3, 2008.

As Defendant was sentenced on March 12, 2008, he was sentenced pursuant to the

amendment, which became effective March 3, 2008.   The Court finds that Defendant's motion is

not well-taken and should be denied.  It is therefore,

ORDERED AND ADJUDGED that Defendant's motion [21] for sentence reduction be,

and is hereby denied.

SO ORDERED AND ADJUDGED this the 25th day of January, 2010.


_____
                    *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE